UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAYCOL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>CINDA REED,<br><br>Plaintiff,<br><br>v.<br><br>BAYER CORPORATION, et al.,<br><br>Defendants. | MDL Docket No. 1431 (JMD/JGL)<br><br>CASE NUMBER 02-00169 MJD<br><br>**STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties who have appeared in this action through their designated counsel that the above-captioned action be and hereby is voluntarily dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

Each party will bear its own costs.

SCANNED
JAN 14 2005
U.S. DISTRICT COURT MPLS

RECEIVED
DEC 10 2004

LAXALT & NOMURA, LTD.
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 700
RENO, NEVADA 89501

Dated: December 12th, 2004

Will Kemp, Esq.
NV Bar No. 001205
HARRISON, KEMP & JONES
3800 Howard Hughes Parkway, 17th Fl.
Las Vegas, NV 89139
Ph: (702) 385-6000

Attorneys for Plaintiff

Dated: December 14, 2004

Don Nomura, Esq. (NV Bar No. 002228)
Angela Bader, Esq. (NV Bar No. 005574)
LAXALT & NOMURA, LTD.
50 W. Liberty Street, Suite 700
Reno, NV 89501
Ph: (775) 322-1170

Attorneys for Defendants Bayer Corp. and Bayer AG

Dated: December 22nd, 2004

Hector Carbajal, Esq.
NV Bar No. 006247
LIONEL SAWYER & COLLINS
300 South 4th Street
Las Vegas, NV 89101
Ph: (702) 383-8888

Attorneys for Defendant SmithKline Beecham Corp. d/b/a GlaxoSmithKline

**IT IS HEREBY ORDERED**, pursuant to the above Stipulation, that the above-captioned matter is dismissed with prejudice.

DATED: JAN 1 4 2005

Michael J. Davis

The Honorable Michael J. Davis
United States District Court

LA1 631029v1

LAXALT & NOMURA, LTD.
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 700
RENO, NEVADA 89501